IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | |
|---|---|
| JANA BROWN, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTSOURCE SOLUTIONS USA, LLC d/b/a MEDASSIST, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 3:20-cv-00099-RGH-RSE ) ) ) ) ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF THE ACTION PREJUDICE

Plaintiff, by and through her undersigned counsel, hereby moves for an order approving the fairness, reasonableness, and adequacy of the terms and conditions of her Settlement Agreement with Defendant (filed as Exhibit 1 hereto) and dismissing this action with prejudice.

In support of the Motion, Plaintiff relies on the Memorandum of Law and Declaration of Jason T. Brown filed concurrently in the companion case *Alan Bernardez, et al., v. Firstsource Solutions USA, LLC, d/b/a MedAssist*, Case No. 3:17-cv-00613- RGJ-RSE (which is also pending before District Judge Rebecca Grady Jennings), the pleadings and records on file in this action, and such additional authorities and argument as may be presented in any reply and hearing.

RESPECTFULLY SUBMITTED,

Dated: October 25, 2021

By:  /s Jason T. Brown
      Jason T. Brown

Nicholas R. Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ  07310
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
Telephone: (877) 561-0000

ROBERT E. DeROSE
BARKAN MEIZLISH DEROSE
WENTZ MCINERNEY PEIFER, LLP
250 E. Broad Street, 10th Floor
Columbus, OH  43215
bderose@barkanmeizlish.com
Telephone:  (800) 274-5297

Anne L. Gilday
THE LAWRENCE FIRM PSC
606 Philadelphia Street
Covington, KY  41011
Algilday@lawrencefirm.com
Telephone: (859) 578-9130

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                           */s/ Jason T. Brown*
                                           Jason T. Brown
                                           COUNSEL FOR PLAINTIFFS